# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00484-CR

**Jason William Ausburn, Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE DISTRICT COURT OF BELL COUNTY, 426TH JUDICIAL DSITRICT
NO. 70723, HONORABLE FANCY H. JEZEK, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Jason William Ausburn filed a notice of appeal from a judgment of conviction for indecency with a child by contact. *See* Tex. Penal Code § 21.11. However, the trial court certified that this is a plea bargain case and Ausburn has no right of appeal. Ausburn and his counsel signed the certification. The trial court also signed an order denying Ausburn's subsequent request for permission to appeal.

The appeal is dismissed. *See* Tex. R. App. P. 25.2(a)(2), (d).

Jeff Rose, Justice

Before Justices Puryear, Rose and Goodwin

Dismissed for Want of Jurisdiction

Filed:   July 31, 2013

Do Not Publish